**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1681**

GUY F. MARTIN, JR.,

　　　　　　　Plaintiff - Appellant,

　　　v.

PRESIDENT BARACK H. OBAMA,

　　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.　Richard D. Bennett, District Judge. (1:11-cv-03444-RDB)

Submitted: July 19, 2012　　　　　Decided:　July 23, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Guy F. Martin, Jr., Appellant Pro Se.　Jason Daniel Medinger, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Guy Martin, Jr., appeals the district court's order granting the Defendant's motion to dismiss his Complaint for lack of subject matter jurisdiction under the political question doctrine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Obama, No. 1:11-cv-03444-RDB (D. Md. Apr. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2